**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| LIFEWAY FOODS, INC. and MICHAEL HASSAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT AND
NOTICE OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Rule 3.2, Plaintiff StarStone Specialty Insurance Company ("StarStone") states that its parent corporation is StarStone US Holdings, Inc. StarStone is a wholly owned subsidiary of StarStone US Holdings, Inc. StarStone US Holdings, Inc. is wholly owned by Core Specialty Insurance Holdings, Inc. ("Core Specialty"). Core Specialty is a wholly owned subsidiary of Cavello Bay Reinsurance Limited. Cavello Bay Reinsurance Limited is a wholly owned subsidiary of Kenmare Holdings Ltd. Kenmare Holdings Ltd. is wholly owned by Enstar Group Limited. There is no publicly held company with an interest in 10% or more of StarStone or the other entities listed here. Further, other than the entities referenced herein, StarStone has no other affiliates.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), StarStone states that it is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Cincinnati, Ohio.

Dated: October 15, 2025                    Respectfully submitted,

DENTONS US LLP

Attorneys for Plaintiff, StarStone Specialty Insurance Company

BY: */s/ Leah Bruno*_____
       Leah Bruno

Leah Bruno
leah.bruno@dentons.com
DENTONS US LLP
233 S Wacker Drive
Suite 5900
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934

Jonathan D. Henry (*pro hac vice* forthcoming)
jonathan.henry@dentons.com
James P. McGann (*pro hac vice* forthcoming)
james.mcgann@dentons.com
DENTONS US LLP
101 JFK Parkway, Fourth Floor
Short Hills, New Jersey 07078
Telephone: 973-912-7100
Facsimile: 973-912-7199

*Attorneys for Plaintiff StarStone Specialty Insurance Company*